1   BARRY J. PORTMAN
    Federal Public Defender
2   JOYCE LEAVITT
    Assistant Federal Public Defender
3   555 12th Street, Suite 650
    Oakland, CA 94607-3627
4   (510) 637-3500

5   Counsel for Defendant WYATT KING

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              )
                                           )   No. CR 03-40015 SBA
12                      Plaintiff,         )
                                           )   STIPULATION AND ORDER
13         v.                              )   CONTINUING STATUS DATE
                                           )
14                                         )
                                           )
15  WYATT KING,                            )
                                           )
16                      Defendant.         )

17                              **STIPULATION**

18

19         IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date in

20  this case with respect to Wyatt King, currently scheduled for Thursday, August 5, 2010, at 2:00 p.m.

21  before Honorable Saundra Brown Armstrong, may be continued to Tuesday, September 21, 2010 at

22  9:00 a.m. for status.  The reason for the continuance is that Mr. King is continuing to be drug tested

23  and is continuing working.  The additional time will demonstrate to the probation officer that Mr.

24  King has successfully moved forward which may affect the outcome of the disposition in this matter.

25

26  *U S v. Wyatt King,* CR 03-40015 SBA
    Stip. Continuing Status Date                      - 1 -

1   There is no need for an exclusion of time under the provisions of the Speedy Trial Act, 18 U.S.C. §§

2   3161(h)(7)(A) and (B)(iv) because this is a supervised release matter.  United States Probation

3   Officer Tenisha Sanford is aware of this request and does not object to a continuance of the

4   supervised release matter to September, 2010.

5

6   DATED: 8/03/10                              ____/s/_____
                                                JOYCE LEAVITT
7                                               Assistant Federal Public Defender

8
    DATED: 8/03/10                              _____/s/_____
9                                               JAMES MANN
                                                Assistant United States Attorney
10

11
        I hereby attest that I have on file all holographed signatures for any signatures indicated by a
12  conformed signature (/s/) within this e-filed document.

13

14                              **ORDER**

15      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date in this case,

16  currently scheduled for Thursday, August 5, 2010 at 2:00 p.m. before Honorable Saundra Brown

17  Armstrong, is hereby continued to Tuesday, September 21, 2010, at 9:00 a.m. for status.

18      SO ORDERED.

19
    DATED:    8/4/10                    _____Saundra B Armstrong_____
20                                      HON. SAUNDRA BROWN ARMSTRONG
                                        United States District Judge
21

22

23

24

25

26  *U S v. Wyatt King,* CR 03-40015 SBA
    Stip. Continuing Status Date                        - 2 -